UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Darren Mclehan

    Plaintiff,

v.                                                                                  Case No. 08-12565

Mortgage Electronic Registration System, *et al.,*           Honorable Sean F. Cox

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to this Court's October 28, 2008 "Order Directing Plaintiff to Show Cause" (Docket Entry No. 5), and pursuant to FED. R. CIV. P. 4(m),

**IT IS ORDERED** that Defendant First Franklin Mortgage is hereby **DISMISSED WITHOUT PREJUDICE** from this action for failure to timely serve Defendant First Franklin Mortgage.

**IT IS SO ORDERED.**

                                                              s/ Sean F. Cox
                                                               United States District Judge

Date: November 20, 2008

I hereby certify that on November 20, 2008, a copy of the foregoing document was served upon counsel of record by electronic means and by First Class Mail upon:

Darren McLehan
5951 University
Detroit, MI 48224

                                                               s/ Jennifer Hernandez
                                                               Case Manager